UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BOLIVAR CARDENAS-ARGUDO,

                Petitioner,

  -against-

GLENN S. GOORD, Commissioner,

                Respondent.
-------------------------------------------------------------------X

JUDGMENT
04-CV-2348 (FB)

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on April 21, 2005, granting the Commissioner's motion to dismiss the petition; dismissing the petition without prejudice for petitioner's failure to exhaust state remedies; and ordering that a Certificate of Appealability will not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Commissioner's motion to dismiss the petition is granted; that the petition is dismissed without prejudice for petitioner's failure to exhaust state remedies; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       April 21, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court